1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00005-WBS-CSK

        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-00006-WBS-CSK

13                                              No. 2:25-cv-00182-WBS-CSK

14                                              No. 2:25-cv-00188-WBS-CSK

15                                              No. 2:25-cv-00191-WBS-CSK

16                                              No. 2:25-cv-00192-WBS-CSK

17                                              No. 2:25-cv-00194-WBS-CSK

18                                              No. 2:25-cv-00197-WBS-CSK

19                                              No. 2:25-cv-00218-WBS-CSK

20                                              No. 2:25-cv-00219-WBS-CSK

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                                  1

1   Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2   13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3   the Court to open a new case for each attempted new pleading and assign it to the Court for

4   review. (Id. at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's

5   Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7   finds they are related to Plaintiff's Alameda County criminal conviction.

8         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00005, 2:25-cv-00006, 2:25-cv-

9   00182, 2:25-cv-00188, 2:25-cv-00191, 2:25-cv-00192, 2:25-cv-00194, 2:25-cv-00197, 2:25-cv-

10   00218 and 2:25-cv-00219 are DISMISSED; the Clerk of the Court is directed to close these cases.

11   No further filings will be accepted.

12   Dated: January 31, 2025

13                                 WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28